LEWIS
BRISBOIS

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ERNESTO FLORES, by and through successors in interest, Yohana Flores, Patricia Flores and Enrique Flores; YOHANA FLORES, an individual; PATRICIA FLORES, an individual; ENRIQUE FLORES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; MIKE LEWIS, JOSEPH PARKER; JAMES LISNER; COREY REVELES; OSVALDO HERNANDEZ, JOHN VEGA; JON FRANCO; DOES 1 through 10, inclusive,<br><br>Defendants.<br>AND CONSOLIDATED CASES | NO. ED 15-2202-GW-KKx<br>Consolidated with:<br>**EDCV 16-2571-GW-DTBx**<br><br>**JUDGMENT**<br><br>The Hon. Judge George H. Wu |

Pursuant to the Court's Minute Order dated October 11, 2018 on Defendants, COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, ERRONEOUSLY SUED AND SERVED AS COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, MIKE LEWIS, JOSEPH PARKER, JAMES LISNER, COREY REVELES, OSVALDO HERNANDEZ, JOHN VEGA and JON

FRANCO's Rule 56 Motion for Summary Judgment, Dkt. 237, this Court grants Defendants' Motion. THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, ERRONEOUSLY SUED AND SERVED AS COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, MIKE LEWIS, JOSEPH PARKER, JAMES LISNER, COREY REVELES, OSVALDO HERNANDEZ, JOHN VEGA and JON FRANCO on all remaining claims, causes of action, and damages alleged in this lawsuit brought by Plaintiffs, ERICA GUTIERREZ and MONICA GUTIERREZ.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, ERRONEOUSLY SUED AND SERVED AS COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, MIKE LEWIS, JOSEPH PARKER, JAMES LISNER, COREY REVELES, OSVALDO HERNANDEZ, JOHN VEGA and JON FRANCO on all remaining federal claims, causes of action, and damages attendant thereto as alleged in this lawsuit brought by Plaintiffs, ESTATE OF ERNESTO FLORES, by and through successors in interest, YOHANA FLORES, PATRICIA FLORES AND ENRIQUE FLORES, YOHANA FLORES, AN INDIVIDUAL, PATRICIA FLORES, AN INDIVIDUAL, and ENRIQUE FLORES, an individual, as a result of the Court's application of the qualified immunity defense. The Court additionally dismisses, to the extent it ever existed, Plaintiffs' state claim for Negligent Hiring, Training or Supervision.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, ERICA GUTIERREZ, MONICA GUTIERREZ, ESTATE OF ERNESTO FLORES, by and through successors in interest, YOHANA FLORES, PATRICIA FLORES AND ENRIQUE FLORES, YOHANA FLORES, AN INDIVIDUAL, PATRICIA FLORES, AN INDIVIDUAL, and ENRIQUE FLORES' Complaint is dismissed, with prejudice.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that as the prevailing parties, COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, ERRONEOUSLY SUED AND SERVED AS COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, MIKE LEWIS, JOSEPH PARKER, JAMES LISNER, COREY REVELES, OSVALDO HERNANDEZ, JOHN VEGA and JON FRANCO shall recover costs of suit.

DATED: November 2, 2018

_____
GEORGE H. WU, U.S. District Judge